CERTIFICATE OF SERVICE

I, Richard C. McFarland, counsel for Defendants David Nolan, Sherry Elliot, Gary Fyfe, Kristie Ladouceur, and Francis MacKinnon-Berghaus, hereby certify that I served a copy of Defendants' Answer to Plaintiff's Complaint and Notice of Appearance upon *pro se* plaintiff, David Williams, by regular mail, postage prepaid, to his address: MCI-Cedar Junction, P.O. 100 South Walpole, MA 02071.

Dated:  July 15, 2005                                        /s/ Richard C. McFarland
                                                             Richard C. McFarland