July 19, 2005

United States District Court
Office of the Clerk
Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: David Williams v. David Nolan, et al.,
    C.A. No. 05-11104-MLW

Dear Clerk of Court,

   Please find enclosed $5.00 for a copy of my docket entries reflecting my filing of legal documents with the Court.

   I thank you for your time and consideration and appreciate your assistance in this matter.

Sincerely,
David Williams, pro se
W-42189
P.O. Box 100
So. Walpole, MA 02071

**Bank of America**

Personal Money Order

No. 0111719

VOID AFTER 90 DAYS
Date JULY 22, 2005

MEDFIELD BANKING CENTER

Pay To The Order Of ~~Amstel Stitz District Court Pkis of The Clerk~~

\*\*FIVE DOLLARS AND 00 CENTS\*\*

$ \*\*5.00\*\*

Not Valid Over $1000

Bank of America is not liable for lost or stolen Money Orders. For your protection against loss or theft, sign and complete Money Orders as soon as possible.

Signature Of Purchaser (Drawer) *E.M. Vaughan*
213 Wilkins Rd,
Name Of Purchaser (Drawer)
Medfield MA 02052
Address              City, State, Zip

Bank of America, N.A.
San Antonio, Texas

⑈0111719⑈ ⑆114000019⑆ 0016400536 2⑈