UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS, pro se )
)
)
)
v. )
)
)                                    District Court Docket N
)                                    05-cv-11104-**MLW**
DAVID NOLAN, PETER E. ALLEN, )
KRISTIE LADOUCEUR, SHERRY )
ELLIOTT, GARY FYFE, FRANCIS )
MACKINNON, each sued in )
their personal capacities, )
       Defendants. )

PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1(A),(2).

   Plaintiff hereby request that this Honorable Court exempt h
from the requirements of Local Rule 7.1 (A),(2), relative to the
following motion being filed with this Court; motion to enlarge   me
for service of process(Plaintiff's affidavit in support of motic   to
enlarge time for service of process. Any attempt to confer with   ie
defendants who are state   employees David Nolan, Kristie Ladouce  ,
Sherry Elliott, Gary Fyfe and Francis MacKinnon would be unduly
burdensome and likely serve no purpose.

   Plaintiff, therefore respectfully request that this Court ex  pt
him from the requirements of Local Rule 7.1 (A),(2).

Dated: September 22, 2005                    Respectfully su   itted,

                                             David Williams   20 SE
                                             David Williams,  ro se
                                             w-42189
                                             P.O. Box 100,
                                             So. Walpole, MA  2071-0100

.1.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for David Nolan, Kristie Ladouceur, Sherry Elliott, Gary Fyfe, Francis MacKinnon defendants by first class mail on the 22nd day of September, 2005.

*David Williams, pro se*

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100