UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
DAVID WILLIAMS, pro se       )
         Plaintiff           )
                             )
                             )
                             )
v.                           )
                             )   District Court Docket ]
                             )   05-cv-11104-MLW
                             )
DAVID NOLAN, PETER E. ALLEN, )
KRISTIE LADOUCEUR, SHERRY    )
ELLIOTT, GARY FYFE, FRANCIS  )
MACKINNON, each sued in      )
their personal capacities,   )
         Defendants.         )
```

**MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS**

Now comes the Plaintiff David Williams, pro se, and moves t[hi]s Honorable Court pursuant to Fed. R. Civ. P. 6(b) to enlarge the time for service of the summons and complaint in the above-enti[tl]ed action for an additional sixty (60) days beyond the period for service permitted by Fed. R. Civ. P. 4(m). In support of this m[oti]on plaintiff attaches his affidavit.

Dated: September 22, 2005

Respectfully s[ubm]itted,

*David Williams* pro se

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, M[A] 2071-0100

.1.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was ser   d upon the attorney of record for defendants David Nolan, Kristie Ladouceur, Sherry Elliott Gary Fyfe and Francis MacKinnon by fi   t class mail on the 22nd day of September, 2005.

*David Williams, pro se* (signature)
David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100