UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
DAVID WILLIAMS, pro se           )
       Plaintiff                 )
                                 )
                                 )
v.                               )
                                 )   District Court Docket N
                                 )   05-cv-11104-MLW
DAVID NOLAN, PETER E. ALLEN,     )
KRISTIE LADOUCEUR, SHERRY        )
ELLIOTT, GARY FYFE, FRANCIS      )
MACKINNON, each sued in          )
their personal capacities,       )
       Defendants.               )
                                 )
_____)
```

<u>PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION
TO ENLARGE TIME FOR SERVICE</u>

I, David Williams, <u>pro se</u>, depose and hereby state the foll   ing:

1. That I am the plaintiff in the above-captioned action an in  te presently incarcerated at Massachusetts Correctional Instit   ion located in South Walpole, Massachusetts, which is operated    the Department of Correction within the state of Massachusetts.

2. That I am of sound mind and competent to testify to the mat   :s stated herewithin this affidavit in support of motion to en:   ·ge time for service.

3. That the following exhibits referred to within this affidavi   are copies received by plaintiff through the Department of Correction Legal Division and United States Postal Service (   ginal card.

4. That on June 14, 2005, I sent by certified mail a copy of tl   complaint and notice of lawsuit and request for waiver of se   ·ice

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Legal Division*
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 Ext. 124
www.mass.gov/doc

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

Kathleen M. Dennehy
Commissioner

James R. Bender
Deputy Commissioner

Nancy Ankers White
General Counsel

August 10, 2005

David Williams, W42189
MCI-Cedar Junction
Route 1A
P.O. Box 100
S. Walpole, MA 02071

Re:  Williams v. Nolan, et al.  U.S.D.C. No. 05-11104-MLW

Dear Mr. Williams:

I am in receipt of your two recent letters. First, regarding your letter suggesting that you are amenable to settling this matter without further litigation, I am willing to bring any terms of settlement that you may suggest to the defendants for their review. Accordingly, please forward to my attention any terms you believe may result in the negotiated settlement of this civil action.

With regard to your letter inquiring as the waiver of service summons, please be advised that defendants Nolan, Elliot, Ladouceur, Fyfe and MacKinnon have filed an answer to your complaint, thus acknowledging receipt of the complaint. Therefore, the issue of service of process on defendants Nolan, Elliot, Ladouceur, Fyfe and MacKinnon is moot at this time. It is my understanding that Peter Allen is no longer employed by the Department of Correction.

Sincerely,

Richard C. McFarland

RCM/am