U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: David Williams, Pro Se | COURT CASE NUMBER: 05-CV-11104-MLW |
| DEFENDANT: David Nolan, et al., | TYPE OF PROCESS: Summons and Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sherry Elliott

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 100, So. Walpole, MA 02071-0100

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. David Williams
W-42189
P.O. Box 100
So. Walpole, MA 02071-0100

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Personal Capacity
United States Postal Service

Signature of Attorney or other Originator requesting service on behalf of: David Williams, Pro Se
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: None
DATE: August 28, 05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy Ialuna | Date: 9/14/05 |
|---|---|---|---|---|
| 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Served by Cert Mail 9/15/05 nt

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

EASTERN         District of    MASSACHUSETTS

DAVID WILLIAMS, PRO SE
Plaintiff,

V.

SHERRY ELLIOTT in her
personal capacity,
Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 11104 MLW

TO: (Name and address of Defendant)

Sherry Elliott
P.O. Box 100,
So. Walpole, MA 02071-0100

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                        MAY 26 2005

CLERK                                    DATE

(By) DEPUTY CLERK