**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DAVID WILLIAMS,**

      **Plaintiff,**

      **v.**                                                                  **C.A. No. 05-11104-MLW**

**DAVID NOLAN, et al.,**

      **Defendants.**


**DEFENDANTS' RESPONSE TO ORDER OF SEPTEMBER 28, 2005**
**REGARDING TRANSFER OF THE CASE TO A MAGISTRATE JUDGE**


In response to the Order and Memorandum of September 28, 2005, defendants, through counsel, hereby advise the Court that they do not consent to the transfer of this case to a Magistrate Judge for all purposes.


Dated: November 2, 2005                    Respectfully submitted,

                                      NANCY ANKERS WHITE
                                      Special Assistant Attorney General


                                      /s/  Richard C. McFarland
                                      Richard C. McFarland, BBO# 542278
                                      Legal Division
                                      Department of Correction
                                      70 Franklin Street, Suite 600
                                      Boston, MA  0211-1300
                                      (617) 727-3300,  Ext. 132