## **CERTIFICATE OF SERVICE**

     I, Richard C. McFarland, counsel for Defendants, hereby certify that on this 2nd day of November, 2005, I served a copy of Defendants' Motion to Late File Response to Order of September 28, 2005 and Defendants' Response to Order of September 28, 2005 Regarding Transfer of the Case to a Magistrate Judge upon *pro se* plaintiff, David Williams, by regular mail, postage prepaid, to his address: MCI-Cedar Junction, P.O. Box 100, S. Walpole, MA 02071.


Dated: November 2, 2005                                       /s/ Richard C. McFarland\_\_\_
                                                                                         Richard C. McFarland