UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WILLIAMS, pro se )<br>Plaintiff, )<br> )<br> )<br>V. )<br> )<br> )<br>DAVID NOLAN, PETER E. ALLEN, )<br>KRISTIE LADOUCEUR, SHERRY )<br>ELLIOTT, GARY FYFE, FRANCIS )<br>MacKINNON, )<br>Defendants. )<br> ) | District Court Docket No.<br>05-11104-MLW |

### PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1(A),(2).

Plaintiff hereby request that this Court exempt him from the requirements of Local Rule 7.1 (A),(2), relative to the following motions being filed within this Court: MOTION FOR LEAVE TO AMEND COMPLAINT; PLAINTIFF'S MEMORANDUM OF REASON IN SUPPORT OF HIS MOTION FOR LEAVE TO AMEND COMPLAINT; AMENDED COMPLAINT; EXHIBITS.

Any attempt to confer with the defendants David Nolan, Kristie Ladouceur, Sherry Elliott, Gary Fyfe and Francis MacKinnon who are state employees, would be unduly burdensome and likely serve no purpose. Plaintiff, therefore respectfully request that this Court exempt him from the requirements of Local Rule 7.1 (A), (2).

Respectfully submitted:

Dated: October 31, 2005.

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon attorney of record Richard C. McFarland at 70 Franklin Street, Boston, MA 02110 by first class mail; MOTION FOR LEAVE TO AMEND COMPLAINT; PLAINTIFF'S MEMORANDUM OF REASON IN SUPPORT OF HIS MOTION FOR LEAVE TO AMEND COMPLAINT; AMENDED COMPLAINT; EXHIBITS.

*David Williams, pro se*
David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100

Dated: October 31, 2005.