UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAVID WILLIAMS, pro se**<br>Plaintiff,<br><br>v.<br><br>**DAVID NOLAN, PETER E. ALLEN, KRISTIE LADOUCEUR, SHERRY ELLIOTT, GARY FYFE, FRANCIS MacKINNON,**<br>Defendants. | District Court Docket No.<br>05-cv-11104-**MLW** |

**MOTION FOR ORDER OF NOTICE FOR SERVICE BY PUBLICATION**

Now comes the plaintiff pursuant to Rule 4 (d), of the Federal Rules of Civil Procedure and M.G.L. c. 227 § 7, and moves before this Court to issue an Order of Notice for Service by Publication to Defendant Peter E. Allen. In support of this motion the plaintiff files memorandum of reason herewithin.

**MEMORANDUM OF REASON**

On June 18, 2005 service of process was attempted by certified mail that was returned stating ATTEMPT/NOT KNOWN by the United States Postal Service. On August 10, 2005, the plaintiff received a letter from Department of Correction, Attorney Richard C. McFarland stating Peter Allen is no longer employed by the Department of Correction.

On August 14, 2005 service of process was attempted by United States Marshals Service and returned August 20, 2005 as UNEXECUTED BY UNITED STATES POSTAL SERVICE.

On August 25, 2005 another attempt by telephone and first class

to locate defendant Peter E. Allen at 80 Litchfield Street, Brighton MA, telephone number 617-787 1352 without success.

Officials at the Department of Correction refuse to provide any information regarding former employee defendant Peter E. Allen's home address citing disclosure is exempted under M.G.L. c. 66 § 10, as a privacy right.

Plaintiff has after diligently searching he can not find neither defendant Peter E. Allen nor his last and usual place of abode nor any agent upon service could be made.

On August 20, 2005, the United States Marshals Service returned to the clerks office summons and complaint for defendant Peter E. Allen, plaintiff attaches copy of return of service herewithin.

Respectfully submitted,

Dated: October 31, 2005.

David Williams, pro se

David Williams, pro se
W-42189
P.O. Box 100,
So. Walpole, MA 02071-0100

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Massachusetts Department of Correction
Ms. Kristie Ladouceur
Grievance Coordinator
50 Maple St. Suite III
Milford, MA 01757-3696

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X 6/20/5 ☒ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

DEPARTMENT OF CORRECTION
CENTRAL HEADQUARTERS
50 MAPLE ST. SUITE 3
MILFORD, MA 01757-3698

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1035

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Massachusetts Correctional Institution - Cedar Junction
Mr. Gary Fyfe
P.O. Box 100
So. Walpole, MA 02071-0100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten] C. Date of Delivery 6/18/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Massachusetts Correctional Institution Cedar Junction
Mr. David Nolan
Superintendent
P.O. Box 100
So. Walpole, MA 02071-0100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten] C. Date of Delivery 6/18/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1035

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Massachusetts Correctional Institution - Cedar Junction
Mr. Peter Allen
P.O. Box 100
So. Walpole, MA 02071-0100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten] C. Date of Delivery 6/18/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 0510 0001 8202 3407

PS Form 3811, August 200. Domestic Return Receipt 102595-02-M-1

SEE ***

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Massachusetts Correctional Institution Cedar Junction
Ms. Francis MacKinnon
P.O. Box 100
So. Walpole, MA 02071-0100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten] C. Date of Delivery 6/18/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1035

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General, Atty. General
Thomas F. Reilly
One Ashburton Pl, 20th Fl
Boston, MA 02108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery JUN 22 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Massachusetts Correctional Institution - Cedar Junction
Ms. Sheery Elliott
P.O. Box 100
So. Walpole, MA 02071-0100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name) [handwritten] C. Date of Delivery 6/18/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: David Williams, Pro Se | COURT CASE NUMBER: 05-cv-11104-MLW |
| DEFENDANT: David Nolan, ET AL | TYPE OF PROCESS: Summons, and Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Mr. PETER Allen

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): 30 Maple St Suite 3 Milford MA 01757-3690

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. David Williams
W-41159
P.O. Box 100
S. Walpole, MA 02071-0100

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

PLEASE MAIL TO
Personal Capacity MR, PETER ALLEN
80 LITCHFIELD ST.
United States Postal Service BRIGHTON MAIL 02135
617 787 1359

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| David Williams, Pro Se | ☒ PLAINTIFF ☐ DEFENDANT | NONE | August 25, 05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. | No. | [illegible] | [illegible] |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| | |
|---|---|
| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (*complete only if different than shown above*) | Date of Service / Time am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: [illegible]

**NOTE**

**PRIOR EDITIONS MAY BE USED**

**3. NOTICE OF SERVICE**

**FORM USM-285 (Rev. 12/15/80)**

CERTIFIED MAIL

7002 0510 0004 1359 3549

U.S. Department of Justice

United States Marshals Service
District of Massachusetts

Official Business
Penalty for Private Use $300

USMS SCREENED

NOT DELIVERABLE AS ADDRESSED.
UNABLE TO FORWARD.

UTF

PETER ALLEN
50 MAPLE ST, SUITE-3
MILFORD, MA 02071

NOT DELIVERABLE AS ADDRESSED.
UNABLE TO FORWARD.

NAME
1st
2nd
Return

STAMPED IN ...
PERSON HAS RET...

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. Print your name and address on the reverse so that we can return the card to you. Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

PETER ALLEN

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent ☐ Addressee

B.

DEPARTMENT OF CORRECTION
CENTRAL HEADQUARTERS
MILFORD, MA 01757

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PETER ALLEN
50 MAPLE ST., SUITE-3
MILFORD, MA 02071

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

DEPARTMENT OF CORRECTION
CENTRAL HEADQUARTERS
50 MAPLE ST. SUITE 3
MILFORD, MA 01757-3698

D. Is delivery address different from item 1?
If YES, enter delivery address below:

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 0510 0004 1359 3549

PS Form 3811, February 2004 Domestic Return Receipt

STAMPED IN ERROR,
PERSON HAS RETIRED.

7002 0510 0004 1359 3549

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

PETER ALLEN
50 MAPLE ST., SUITE-3
MILFORD, MA 02071

UTF

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PETER ALLEN
50 MAPLE ST., SUITE-3
MILFORD, MA 02071

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

D. Is delivery address different from item 1? If YES, enter delivery address below:

DEPARTMENT OF CORRECTION
CENTRAL HEADQUARTERS
50 MAPLE ST., SUITE 3
MILFORD, MA 01757-3698

RETURN TO SENDER

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

3. Service Type
☐ Certified Mail ☐ Express Mail
☑ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 0510 0004 1359 3549

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | |

Sent To PETER ALLEN
Street or PO 50 MAPLE ST., SUITE-3
City, MILFORD, MA 02071

PS Form ... Instructions

7002 0510 0004 1359 3549

The Commonwealth of Massachusetts
Executive Office of Public Safety
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 Ext. 124
www.mass.gov/doc

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Kathleen M. Dennehy
*Commissioner*

James R. Bender
*Deputy Commissioner*

Nancy Ankers White
*General Counsel*

August 10, 2005

David Williams, W42189
MCI-Cedar Junction
Route 1A
P.O. Box 100
S. Walpole, MA 02071

Re: Williams v. Nolan, et al. U.S.D.C. No. 05-11104-MLW

Dear Mr. Williams:

I am in receipt of your two recent letters. First, regarding your letter suggesting that you are amenable to settling this matter without further litigation, I am willing to bring any terms for settlement that you may suggest to the defendants for their review. Accordingly, please forward to my attention any terms you believe may result in the negotiated settlement of this civil action.

With regard to your letter inquiring as the waiver of service summons, please be advised that defendants Nolan, Elliot, Ladouceur, Fyfe and MacKinnon have filed an answer to your civil complaint, thus acknowledging receipt of the complaint. Therefore, the issue of service of process on defendants Nolan, Elliot, Ladouceur, Fyfe and MacKinnon is moot at this time. It is my understanding that Peter Allen is no longer employed by the Department of Correction.

Sincerely,

Richard C. McFarland

RCM/am

Printed on Recycled Paper