UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WILLIAMS, pro se )<br>Plaintiff, )<br> )<br> )<br>V. )<br> )<br> )<br>DAVID NOLAN, PETER E. ALLEN, )<br>KRISTIE LADOUCEUR, SHERRY )<br>ELLIOTT, GARY FYFE, FRANCIS )<br>MacKINNON, )<br>Defendants. )<br> ) | District Court Docket No.<br>05-cv-11104-MLW |

PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1 (A), (2).

Plaintiff hereby request that this Court exempt him from the requirements of Local Rule 7.1 (A), (2), relative to the following motion being filed within this Court MOTION FOR ORDER OF NOTICE FOR SERVICE BY PUBLICATION.

Any attempt to confer with the defendant Peter E. Allen who's address is unknown to the plaintiff, therefore respectfully request that this Court exempt him from the requirements of Local Rule 7.1 (A), (2).

Dated: October 31, 2005.

Respectfully submitted,

David Williams, pro se

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100