UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS, pro se
   Plaintiff,

CIVIL ACTION NO.
05-11104-MLW

v.

DAVID NOLAN, in his personal capacity;
PETER E. ALLEN, in his personal capacity;
KRISTIE LADOUCEUR, in her personal capacity;
SHERRY ELLIOTT, in her personal capacity;
GARY FYFE, in his personal capacity;
FRANCIS MacKINNON, in her capacity;
   Defendants.

## MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS

Now comes the plaintiff David Williams, pro se, and moves this court pursuant to Fed.R.Civ.P. 6(b) to enlarge the time for service of the summons and complaint in the above-entitled action against defendant Peter E. Allen for an additional sixty (60) beyond the period for service allowed within the Court's memorandum and order dated January 30, 2006 (Docket Entry # 24). In support of this motion plaintiff attaches affidavit herewithin.

Dated: March 7, 2006,

Respectfuuly submitted

David Williams, pro se
W-42189
P.O. Box 100,
So. Walpole, MA 02071-0100