UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WILLIAMS, pro se<br>    Plaintiff, | CIVIL ACTION NO.<br>05-11104-MLW |
| v. | |
| DAVID NOLAN, in his personal capacity;<br>PETER E. ALLEN, in his personal capacity;<br>KRISTIE LADOUCEUR, in her personal capacity;<br>SHERRY ELLIOTT, in her personal capacity;<br>GARY FYFE, in his personal capacity;<br>FRANCIS MacKINNON, in her personal capacity;<br>    Defendants. | |

### PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION TO ENLARGE TIME FOR SERVICE OF PROCESS

I, _David Williams, pro se_, do depose and state as follows:

1). I am the person in the above entitled matter.

2). I am currently incarcerated within the Massachusetts Department of Correction located at Massachusetts Correctional Institution Cedar Junction, South Walpole, Massachusetts.

3). I am of sound mind and knowledge of the contents stated within this affidavit.

4). On or about January 30, 2006, Chief Magistrate Judge Bowler issued a memorandum and order allowing additional effort to serve Peter E. Allen by U.S. Marshals Service.

5). On or about February 7, 2006, I sent U.S. Marshals Service two summons and a complete copy of amended complaint to be served upon Peter E. Allen, at 80 Litchfield Street, Brighton, MA 02135.

6). On or about February 29, 2006, I received a Notice of Service along with two summons and amended complaint from the U.S. Marshals Service as reasons given Peter E. Allen, was not located at this address. See Exhibit

7. On or about March 7, 2006, I sent a letter to the Clerk of Court requesting **subpoena duces tecum** requesting the appearance of Peter E. Allen's former counsel of the Department of Correction requesting documents containing the defendant's last known address to be viewed by the Court.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 7, day of March, 2006.

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100

.2.