March 7, 2006


Honorable Marianne B. Bowler
United States Magistrate Judge
John Joseph Moakley United States District Court
Clerk of the Court
1 Courthouse Way, Suite 8420
Boston, Massachusetts 02210


RE:   Williams v. Nolan, Allen et al.
      USDC C.A. NO: 05-11104-**MLW**


Dear Clerk of the Court:

   I am requesting that I be sent two signed **subpoena duces tecum** so I can serve upon two witness for documents within this civil action at your earliest convenience.

   I thank you for your time and consideration and appreciate your assistance in this matter.



Sincerely,

*David Williams, pro se*

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071-0100




cc:dw/filed