UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAVID WILLIAMS, pro se
    Plaintiff,

v.

DAVID NOLAN, in his personal capacity;
PETER E. ALLEN, in his personal capacity;
KRISTIE LADOUCEUR, in her personal capacity;
SHERRY ELLIOTT, in her personal capacity;
GARY FYFE, in his personal capacity;
FRANCIS MacKINNON, in her personal capacity;
    Defendants.

CIVIL ACTION NO.
05-11104-MLW

## PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1(A)(2).

Now comes the plaintiff David Williams, pro se, hereby request that this Court exempt him from the requirements of Local 7.1 (A)(2) relative to the following motion being filed with this Court; Motion to Enlarge Time for Service of Process; Plaintiff's Affidavit in Support of Motion to Enlarge Time for Service of Process. Any attempt to confer with defendants who are state employes''s would be unduly burdensome and likely serve no purpose. Plaintiff therefore respectfully request that this Honorable Court exempt him from requirements of Local Rule 7.1 (A)(2).

Dated: March 7, 2006.

Respectfully submitted,

*David Williams, pro se*
David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David Williams, pro se | USDC MA 05-11104-MLW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| David Nolan, et al. | Summons + Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mr. Peter E. Allen

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
80 Litchfield St, Brighton, MA 02135

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Williams
Id #109
PO Box 100
S. Walpole, MA 02071-0100

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | six |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Personal Capacity — If service is returned unserved, please contact attorney Richard C. McFarland, Tel # (617) 727-3300 ext 134 for alternate address or time to attempt DOC Legal Dept.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| David Williams, pro se | | None | Feb 7, 06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
|---|---|---|---|
| | | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 69.50 | | — | 71.15 | | 55.1 | |

REMARKS:

**NOTE**

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |