UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DAVID WILLIAMS, pro se      )
       Plaintiff            )
                            )
                            )
                            )
                            )
v.                          )
                            )     District Court Docket No.
                            )        05-CV-11104-MLW
                            )
DAVID NOLAN, PETER ALLEN,   )
KRISTIE LADOUCER, SHERRY    )
ELLIOTT, GARY FYFE,         )
FRANCIS MACKINNON, each     )
sued in their personal      )
capacities,                 )
       Defendants.          )
```

PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1(A)(2)

Plaintiff hereby request that this Court exempt him from the requirements of Local Rule 7.1(A)(2) relative to the following motion being filed with this Court: Plaintiff's Motion To Dismiss. Any attempt to confer with the defendants who are state workers, would be unduly burdensome and likely serve no purpose.

Plaintiff, therefore, respectfully request that this Honorable Court exempt him from the requirements of Local Rule 7.1(A)(2).

Respectfully submitted

*David Williams, pro se*

David Williams, pro se
W-42189
P.O. Box 100,
So. Walpole, MA 02071

.1.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID WILLIAMS, pro se<br>Plaintiff<br><br>v.<br><br>DAVID NOLAN, PETER ALLEN,<br>KRISTIE LADOUCER, SHERRY<br>ELLIOTT, GARY FYFE,<br>FRANCIS MACKINNON, each<br>sued in their personal<br>capacities,<br>Defendants. | District Court Docket No.<br>05-CV-11104-MLW |

PLAINTIFF'S MOTION TO WAIVE LOCAL RULE 7.1(A)(2)

Plaintiff hereby request that this Court exempt him from the requirements of Local Rule 7.1(A)(2) relative to the following motion being filed with this Court: Plaintiff's Motion To Dismiss. Any attempt to confer with the defendants who are state workers, would be unduly burdensome and likely serve no purpose.

Plaintiff, therefore, respectfully request that this Honorable Court exempt him from the requirements of Local Rule 7.1(A)(2).

Respectfully submitted

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071

.1.

Dated: September 6, 2006.

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071

## CERTIFICATE OF SERVICE

I, David Williams, pro se, plaintiff hereby certify that on this day I served copies of the foregoing document on the defendants counsel Richard C. McFarland, by first class mail at: 70 Franklin street, Suite 600, Boston, MA 02110-1300.

Dated: September 6, 2006

David Williams, pro se

.2.