UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID WILLIAMS, pro se<br>            Plaintiff<br><br><br><br>v.<br><br>DAVID NOLAN, PETER ALLEN,<br>KRISTIE LADOUCER, SHERRY<br>ELLIOTT, GARY FYFE,<br>FRANCIS MACKINNON, each<br>sued in their personal<br>capacities,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

District Court Docket No.
05-CV-11104-MLW

## PLAINTIFF'S MOTION TO DISMISS

Now comes Plaintiff in the above-entitled matter moves before this Honorable Court and hereby requests that defendants David Nolan, Peter Allen, Kristie Ladoucer, Sherry Elliott, Gary Fyfe and Francis MacKinnon be dismiss from this matter and this case be dismissed.

Respectfully submitted,

Dated: September 6, 2006.

David Williams, pro se
w-42189
P.O. Box 100,
So. Walpole, MA 02071

.1.

Dated: <u>September 6, 2006</u> .

David Williams, <u>pro se</u>
w-42189
P.O. Box 100,
So. Walpole, MA 02071


### CERTIFICATE OF SERVICE

I, David Williams, <u>pro se</u>, plaintiff hereby certify that on this
day I served copies of the foregoing document on the defendants counsel
Richard C. McFarlend, by first class mail at: 70 Franklin Street,
Suite 600, Boston, MA 02110-1300.

Dated September 6, 2006

David Williams, <u>pro se</u>

.2.