UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**DAVID WILLIAMS**</u>

**Plaintiff**

**CIVIL ACTION**

V.

**NO.  04-10624-MLW**

<u>**DAVID NOLAN et al**</u>

**Defendant**

## <u>JUDGMENT</u>

<u>**WOLF, D. J.**</u>

In accordance with the Court's Electronic Endorsement on <u>September 24, 2006</u>, in the above-referenced action, dismissing this action, it is hereby ORDERED:

Judgment of dismissal for the <u>defendants</u>

By the Court,

<u>September 26, 2006</u>           <u>/s/ Dennis O'Leary</u>
         Date                              **Deputy Clerk**

(judge-dis.wpd - 12/98)                                              [jgm.]